UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AMANDA HALL,<br><br>    Defendant. | 3:11-cr-00042-LRH-RAM<br><br>ORDER |

Before the court is Defendant's Petition for Early Termination of Supervised Release (#6)[1]. Also before the court is a current Report On Offender Under Supervision from the U.S. Probation Office dated July 19, 2011. No response to the defendant's petition has been filed by the Government.

The court has thoroughly reviewed the history of this defendant's arrest, conviction, sentence and supervision. It appears to the court, and the court finds, that this defendant should be awarded early termination from supervision based upon the following findings by the court:

- She has stable community re-integration by virtue of her immediate family situation. Her husband is employed on a full-time basis, petitioner is a stay-at-home mother with her two children, and she enjoys positive family support which extends to her mother and grandmother.

- Petitioner has made positive progressive strides towards supervision objectives and in compliance with all conditions of supervision.

- Petitioner's role in the offense of conviction was a minor role, she has no history of violence, she has no other criminal history, she has had no recent arrests or convictions or any conduct indicative of criminal conduct.

---

[1] Refers to the court's docket number.

- Petitioner has no violations on supervised release relative to alcohol or drug abuse and all drug testing has shown no positive tests for controlled substances.

- Petitioner demonstrates no risk to the safety of herself or any other persons.

- Petitioner wishes to improve her situation by attending classes and enrolling in a community college system. Petitioner has arranged through family for reliable and ongoing child care as may be necessary to allow Petitioner to attend community college.

- Petitioner appears to have strong family understanding and support.

- Petitioner appears to be a dedicated mother, spouse and family person who is ashamed of her past criminal offense and is dedicated to improving her personal and family situation.

Based upon all of the foregoing, Petitioner is clearly an exceptional candidate and is deserving of an early release of supervised release.

IT IS SO ORDERED.

DATED this 10th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE